Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 20-16806 RAM | | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:** | Miami NDT Inc | | **Filed (f) or Converted (c):** | 09/29/21 (c) |
| | | | **§341(a) Meeting Date:** | 11/15/21 |
| **Period Ending:** | 03/31/22 | | **Claims Bar Date:** | 12/17/21 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Domain www.miamindt.aero | Unknown | 0.00 | | 0.00 | FA |
| 2 | Customer list | 0.00 | 0.00 | | 0.00 | FA |
| 3 | FAA License | 750,000.00 | Unknown | | 0.00 | Unknown |
| 4 | East West Bank account (u)<br>CLOSEOUT OF CHAPTER 11 ACCOUNT | 0.00 | 1,506.24 | | 1,506.24 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$750,000.00** | **$1,506.24** | | **$1,506.24** | **$0.00** |

**Major activities affecting case closing:**
CBD: 12/17/21
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11. IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES. THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):** March 31, 2024        **Current Projected Date of Final Report (TFR):** March 31, 2024

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-16806 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| --- | --- | --- | --- |
| **Case Name:** | Miami NDT Inc | **Bank Name:** | Signature Bank |
|  |  | **Account:** | ******2549 - Checking |
| **Taxpayer ID#:** | ******3209 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 04/01/21 - 03/31/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/21 | Asset #4 | EAST WEST BANK CASHIERS CHECK | CLOSEOUT OF CHAPTER 11 ACCOUNT | 1290-010 | 1,506.24 |  | 1,506.24 |
| 10/29/21 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 1,501.24 |
| 11/30/21 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 1,496.24 |
| 12/31/21 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 1,491.24 |
| 01/31/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 1,486.24 |
| 02/28/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 1,481.24 |
| 03/31/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 1,476.24 |

|  | Receipts | Disbursements | Balance |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 1,506.24 | 30.00 | $1,476.24 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| **Subtotal** | 1,506.24 | 30.00 |  |
| Less: Payment to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$1,506.24** | **$30.00** |  |

| Net Receipts: | $1,506.24 |
| --- | --- |
| Net Estate: | $1,506.24 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******2549 | 1,506.24 | 30.00 | 1,476.24 |
|  | $1,506.24 | $30.00 | $1,476.24 |